**PORZIO, BROMBERG & NEWMAN, P.C.**
Gary M. Fellner, Esq.
100 Southgate Parkway
Morristown, NJ 07962-1997
(973) 538-4006
gmfellner@pbnlaw.com
*Attorneys for Plaintiff, Alexander Caiola*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALEXANDER CAIOLA, | x | Civil Action No. 2:22-cv-5505-JMV-LDW |
| Plaintiff, | : | |
| - against - | : | |
| SPRINGFIELD PARK PLACE CONDOMINIUM ASSOCIATION, INC., | : | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| Defendant. | x | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice as to all issues and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) without costs.

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Attorneys for Plaintiff*
*Alexander Caiola*

By: _____
Gary M. Fellner
An Attorney of the Firm

Dated: November 30, 2023

**BENNETT, BRICKLIN & SALTZBURG LLC**
*Attorneys for Defendant, Springfield Park Place Condominium Association, Inc.*

By: _____
Michael Dolich
An Attorney of the Firm

Dated: December 6, 2023

ORDERED: _____

DATED: 7 Dec 2023

7510596